RECEIVED

SEP 1 8 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Donald Ragland

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Jail and
Sheriff Tom Dart

14 C 7306
Judge Sara L. Ellis
Magistrate Judge Jeffrey Cole

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Donald Ragland

B. List all aliases: _____

C. Prisoner identification number: _____

D. Place of present confinement: Cook County Jail

E. Address: 2800 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cook County Sheriff Tom Dart

Title: Director

Place of Employment: Cook County

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: *Donald Ragland vs Lansing Police Department, City of Lansing  14-cv-04584*

B. Approximate date of filing lawsuit: *August 7, 2014*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: *Same as above*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *US District Court*

F. Name of judge to whom case was assigned: *Mary M. Rowland - Magistrate Judge Robert M. Dow Jr.*

G. Basic claim made: *Racial Profiling, Illegal Search & Seizure, Sexual Assault, Trump up of Charges*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Pending*

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

①

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

To whom it may concern, on August 28th 2014 at about 11:30 a.m. I was playing cards with C/O Murphy on the 7am to 3p.m. shift. When I lost, I got up and left C/O Murphy and the other inmates still playing. As I walked to the front desk where C/O Bailey was passing out lunches, I got my lunch and walked to my room, on my way out, because of a broken C-flex breathing machine that had been leaking fluid for 3 days and the puddle it created that had been covered with "Chucks" as I headed out of the door I slipped on the wet "Chucks" and fell in-juring my back, and the loss of conscious-ness. As I came to in "extreme pain" I heard the officers and nurses say that I was too big to pick up and that they had bad backs, so they grabbed me off of the floor by my arms and dropped me trying to place me in a wheelchair. So they picked me back up and placed me in the wheelchair. I was then sent to Stroger Hospital, where I was treated like an inmate and not a patient,

4

Reviewed: 8/2013



I was held for 24 hrs. without my regular medication. So I was chained to the bed with no emergency pad, every time I was in pain, I had to tell the officer to find a nurse because nobody ever checked on me. I was also not allowed any phone calls or visitors. I then asked for a social worker to inform my family and/or lawyer my status, and to also tell her what was going on, I also told her I wanted to put in a complaint form and Miss Beverly Stroud, patient Coordinator came up. I told her what happened and she aided my request for the form, but I was unable to fill it out due to my chains. On Aug 29 at 12:30 p.m. Officer Sherwood refused to give me a complaint form. 20 mins. after that two more officers came to chain my arms and legs and said let's go. I was unable to walk due to the fall, so the officers sent for a wheelchair. When the car came they forced me into the back at a 90° weather day with the windows up, they slammed my feet in the door; they violated my 8th and 14th amendments of the United States Constitution to be free from Cruel and Unusual punishment

Reviewed: 8/2013



## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Subsequently, on Sept 2, 2014 Dr Andrew DeFuniak ordered my wheelchair taken away from me and replaced with a walker. Although I objected, I was told that I needed to walk. I insisted that I was too weak to walk with a walker, but, I was ignored. That afternoon, as I attempted to walk to the toilet, my legs gave out on me and I fell, adding even more to my injury. Had the doctor not prematurely ordered my wheelchair taken away, I could have prevented falling. I believe that my original fall was caused by the staff's negligence in addressing the leaking C-Pap machine, and, that my second fall was caused by the doctor's misdiagnosis and negligence. Therefore, I have endured unnecessary pain and suffering.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_General Monetary Relief for Personal Injury in the Amount of $500,000.00_

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __10__ day of __September__ 20 __14__

_____
(Signature of plaintiff or plaintiffs)

_Donald Rayford_
(Print name)

_2014041804_
(I.D. Number)

_1231 S Loomis_
_Chicago, IL 60608_
(Address)